| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF IOWA

Case number *(if known)* _____    Chapter **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **Waspy's - Templeton, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **81-2479465**

**4. Debtor's address**

Principal place of business

**703 South Rye Ave.**
**Templeton, IA 51463**
Number, Street, City, State & ZIP Code

**Audubon**
County

Mailing address, if different from principal place of business

**1636 190th St.**
**Audubon, IA 50025**
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)    _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Waspy's - Templeton, LLC**  Case number (*if known*) _____
        Name

**7. Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **4471**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor **Waspy's - Templeton, LLC**    Case number (*if known*) _____
    Name

List all cases. If more than 1, attach a separate list    Debtor **See Attachment**    Relationship _____
    District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Waspy's - Templeton, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 23, 2025**
MM / DD / YYYY

**X /s/ Jacob Best**                                                             **Jacob Best**
Signature of authorized representative of debtor                                  Printed name

Title   **Authorized**

**18. Signature of attorney**

**X /s/ Jeffrey D. Goetz**                                                    Date **April 23, 2025**
Signature of attorney for debtor                                                    MM / DD / YYYY

**Jeffrey D. Goetz AT0002832**
Printed name

**Dickinson, Bradshaw, Fowler & Hagen, PC**
Firm name

**801 Grand Avenue, Suite 3700**
**Des Moines, IA 50309-8004**
Number, Street, City, State & ZIP Code

Contact phone **515-246-5817**        Email address **jgoetz@dickinsonbradshaw.com**

**AT0002832 IA**
Bar number and State

Debtor **Waspy's - Templeton, LLC**
Name

Case number (*if known*)

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF IOWA

Case number (*if known*)             Chapter **11**

☐ Check if this is an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Doris P. Handlos** | | | Relationship to you | **Principal** |
| District | **Southern Iowa** | When | **4/23/25** | Case number, if known | **25-** |
| Debtor | **Handlos Custom Farming, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern Iowa** | When | **4/23/25** | Case number, if known | **25-** |
| Debtor | **Handlos Family Farms, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern Iowa** | When | **4/23/25** | Case number, if known | **25-** |
| Debtor | **Handlos Farrowing - South** | | | Relationship to you | **Affiliate** |
| District | **Southern Iowa** | When | **4/23/25** | Case number, if known | **25-** |
| Debtor | **Handlos Farrowing Jacksonville, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern Iowa** | When | **4/23/25** | Case number, if known | **25-** |
| Debtor | **Handlos Farrowing, LLC** | | | Relationship to you | **Affliate** |
| District | **Southern Iowa** | When | **4/23/25** | Case number, if known | **25-** |
| Debtor | **Handlos Feed Mill, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern Iowa** | When | **4/23/25** | Case number, if known | **25-** |
| Debtor | **Handlos Finishing, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern Iowa** | When | **4/23/25** | Case number, if known | **25-** |
| Debtor | **Handlos Manure Hauling, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern Iowa** | When | **4/23/25** | Case number, if known | **25-** |
| Debtor | **Multi Pig, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Southern Iowa** | When | **4/23/25** | Case number, if known | **25-** |

Fill in this information to identify the case:
Debtor name: **Waspy's - Templeton, LLC**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF IOWA**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Access Systems** 1055 Se Olson Drive Waukee, IA 50263 | | | | | | $0.00 |
| **Audubon Ag & Auto** 511 Market Street Audubon, IA 50025 | | | | | | $0.00 |
| **Auen Distributing Co.** 102 N. Grant Road Carroll, IA 51401 | | | | | | $0.00 |
| **Central McGowen** 2012 E. Ovid Ave Des Moines, IA 50313 | | | | | | $0.00 |
| **Coca-Cola** 106 Alexander Ave. Ames, IA 50010 | | | | | | $0.00 |
| **Cylinder Express** 960 1st Street Battle Creek, IA 51006 | | | | | | $0.00 |
| **Farner-Bocken** 1751 US-30 Carroll, IA 51401 | | | | | | $0.00 |
| **Farstad Oil** 1722 Mandan Ave. Mandan, ND 58554 | | | | | | $0.00 |
| **Frito-Lay** 4105 Se Grimes Blvd. Grimes, IA 50111 | | | | | | $0.00 |
| **Home City Ice** 75 NE Venture Drive Waukee, IA 50263 | | | | | | $0.00 |

Debtor **Waspy's - Templeton, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Iowa Lottery**<br>**13001 University Ave.**<br>**Clive, IA 50325** | | | | | | **$0.00** |
| **Lynco Products**<br>**1410 11th Street**<br>**Milan, IL 61264** | | | | | | **$0.00** |
| **Martin Bros. Distributing**<br>**406 Viking Road**<br>**Cedar Falls, IA 50613** | | | | | | **$0.00** |
| **Midwest Petroleum**<br>**6365 NE 14th Street**<br>**Des Moines, IA 50313** | | | | | | **$0.00** |

```
Access Systems
1055 Se Olson Drive
Waukee, IA 50263

Audubon Ag & Auto
511 Market Street
Audubon, IA 50025

Auen Distributing Co.
102 N. Grant Road
Carroll, IA 51401

Central McGowen
2012 E. Ovid Ave
Des Moines, IA 50313

Coca-Cola
106 Alexander Ave.
Ames, IA 50010

Cylinder Express
960 1st Street
Battle Creek, IA 51006

Farner-Bocken
1751 US-30
Carroll, IA 51401

Farstad Oil
1722 Mandan Ave.
Mandan, ND 58554

Frito-Lay
4105 Se Grimes Blvd.
Grimes, IA 50111

Home City Ice
75 NE Venture Drive
Waukee, IA 50263

Iowa Lottery
13001 University Ave.
Clive, IA 50325

Lynco Products
1410 11th Street
Milan, IL 61264

Martin Bros. Distributing
406 Viking Road
Cedar Falls, IA 50613

Midwest Petroleum
6365 NE 14th Street
Des Moines, IA 50313
```

# United States Bankruptcy Court
## Southern District of Iowa

In re  **Waspy's - Templeton, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Waspy's - Templeton, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 23, 2025**  
Date

**/s/ Jeffrey D. Goetz**  
**Jeffrey D. Goetz AT0002832**  
Signature of Attorney or Litigant  
Counsel for **Waspy's - Templeton, LLC**  
**Dickinson, Bradshaw, Fowler & Hagen, PC**  
**801 Grand Avenue, Suite 3700**  
**Des Moines, IA 50309-8004**  
**515-246-5817 Fax:515-246-5808**  
**jgoetz@dickinsonbradshaw.com**